# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

May 8, 2014

**BY CM/ECF**

Hon. Jessee M. Furman
United States District Judge for the
 Southern District of New York
Room 1105
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    **Prosperity Shipholding, Inc. v. Bunge, S.A.**
                   **Civil Action No.  1:13-cv-08214-JMF**

Dear Judge Furman:

      We write for Prosperity Shipholding in advance of tomorrow's 11 a.m. telephone conference with the Court and following Bunge S.A.'s report yesterday to the Court.

      Prosperity Shipholding has informed Bunge S.A. that Prosperity requires Bunge S.A. to post security in the U.S. and as a direct part of these proceedings.

      Bunge's report yesterday to the Court confirmed that Bunge S.A. will post the security consistent with Supplemental Rule B and with Prosperity's requiring that security.  Prosperity will also post in these proceedings, counter-security which Bunge, S.A. has required of Prosperity.

      Prosperity sent Bunge S.A., at the beginning of April 2014 draft escrow letters to provide for the security posting.

                                      Respectfully Submitted,

                                      J. Stephen Simms

Copy to:     Mr. Gutowski, Bunge Counsel, by CMN/ECF